

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

UNITED STATES OF AMERICA

v.  Criminal No. 3:07CR473

PATRICK VINCENT TYLER

MEMORANDUM OPINION

Patrick Vincent Tyler, a federal inmate proceeding pro se, filed this 28 U.S.C. § 2255 motion. The United States responded and requested that the § 2255 motion be denied. Thereafter, Tyler moved to dismiss his 28 U.S.C. § 2255 motion with prejudice. There being no objection, Tyler's motion to dismiss his 28 U.S.C. § 2255 motion (Docket No. 62) will be GRANTED. Tyler's 28 U.S.C. § 2255 motion (Docket No. 43) will be DENIED. The action will be DISMISSED WITH PREJUDICE. Tyler's outstanding motions pertaining to his 28 U.S.C. § 2255 motion (Docket Nos. 45, 47, 48, 59) will be DENIED AS MOOT.

The Clerk is DIRECTED to send a copy of the Memorandum Opinion to Tyler and counsel for the United States.

An appropriate Order shall issue.

/s/  REP
Robert E. Payne
Senior United States District Judge

Date: October 26, 2009
Richmond, Virginia